**Order entered September 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01006-CV

### IN RE THE GUARDIANSHIP OF SYDNEY AYN LAROE,
### AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-3185-1**

## ORDER

We **GRANT** the September 16, 2015 motion of Jacqueline Galindo, Official Court Reporter for the Probate Court No. 1, for an extension of time to file the reporter's record. The reporter's record shall be filed by **OCTOBER 21, 2015**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE